**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

■         Original Plan
☐         Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐         Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR:    **Robert Norris Thompson**     JOINT DEBTOR: _____    CASE NO.: _____

SS#:    **xxx-xx-7705** _____     SS#: _____

## I.    NOTICES

To Debtors:    Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1(C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors:    Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties:    The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ■ Included | ☐ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ■ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ■ Not included |

## II.    PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A.**    **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $ \_\_**484.24**\_\_ for months **1** to **60**.

**B.**    **DEBTOR(S)' ATTORNEY'S FEE:**     ☐ NONE   ■ PRO BONO

Total Fees:   **$0.00** _____    Total Paid:   **$0.00** _____    Balance Due:   **$0.00** _____

Payable   **-NONE-** _____ /month (Months _____ to _____ )

Allowed fees under LR 2016_1(B)(2) are itemized below:

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III.    TREATMENT OF SECURED CLAIMS

**A.**    **SECURED CLAIMS:**     ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325(a)(5)] Mortgage(s)/Lien on Real or Personal Property:

**1**    Creditor:    **Apollo Group Holdings LLC**

Address: **c/o Ocean Bank; Attn: Ivan Castaneda; 780 NW 42nd Ave., Ste. 411; Miami, FL 33126**

Arrearage/Payoff on Petition Date    **7,478.90**
Arrears Payment (Cure)   **124.65** /month (Months 1 to 60)
Regular Payment (Maintain)    **0.00** /month (Months 60 to 60 )

Last 4 Digits of Account No.:    **Account No: 30-3103-014-2980**

Other: _____

☐ Real Property                  Check one below for Real Property:
    ☐ Principal Residence           ☐ Escrow is included in the regular payments
    ☐ Other Real Property          ☐ The debtor(s) will pay ☐ taxes ☐ insurance directly
Address of Collateral: _____

LF-31 (rev. 10/3/17)                 Page 1 of 3

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor(s): **Robert Norris Thompson** Case number:

Personal Property/\
■ Description of Collateral: **2491 NW 96th St. Miami, FL 33147  Miami-Dade County**

---

**2** Creditor: **CCH FL 2 LLC**

Address:**PO Box 54274; New Orleans, LA 70154**

| | |
|---|---|
| Arrearage/Payoff on Petition Date | **1,933.82** |
| Arrears Payment (Cure) | **32.23 /month (Months 1 to 60** |
| Regular Payment (Maintain) | **0.00 /month (Months 60 to 60 )** |

Last 4 Digits of Account No.: **Account No: 30-3103-014-2980**

Other:

☐ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Address of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Personal Property/\
■ Description of Collateral: **2491 NW 96th St. Miami, FL 33147  Miami-Dade County**

---

**3** Creditor: **Gary L. Thompson and Nora Thompson**

Address:**10251 SW 5th Street #208; Pembroke Pines, FL 33025**

| | |
|---|---|
| Arrearage/Payoff on Petition Date | **17,000.00** |
| Arrears Payment (Cure) | **283.33 /month (Months 1 to 60** |
| Regular Payment (Maintain) | **0.00 /month (Months 60 to 60 )** |

Last 4 Digits of Account No.:

Other:

☐ Real Property
  ☐ Principal Residence
  ☐ Other Real Property

Address of Collateral:

Check one below for Real Property:
☐ Escrow is included in the regular payments
☐ The debtor(s) will pay ☐ taxes ☐ insurance directly

Personal Property/\
■ Description of Collateral: **2491 NW 96th St. Miami, FL 33147  Miami-Dade County**

---

**B.** **VALUATION OF COLLATERAL:** ■ NONE
IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED, A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

**C.** **LIEN AVOIDANCE** ■ NONE

**D.** **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ■ NONE

**E.** **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

  ■ NONE

**IV.** **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. §1322(a)(4)]

  **A.** **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ■ NONE

  **B.** **INTERNAL REVENUE SERVICE:** ■NONE

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor(s): **Robert Norris Thompson** Case number:

**C. DOMESTIC SUPPORT OBLIGATION(S):** ■ NONE ☐ CURRENT AND PAID OUTSIDE

**D. OTHER:** ■ NONE

**V.    TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

**A.** Pay     **$0.00**                                    /month (Months _____ to _____ )
        Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.
        **B.** ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

**C. SEPARATELY CLASSIFIED:** ■ NONE

**VI.    EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

■ NONE

**VII.    INCOME TAX RETURNS AND REFUNDS:** ☐ NONE

■ The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee (but not file with the Court) with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income. [Miami cases]

**VIII.    NON-STANDARD PLAN PROVISIONS:** ■ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| **/s/ Robert Norris Thompson** | Debtor | **July 31, 2020** | | Joint Debtor | |
|---|---|---|---|---|---|
| **Robert Norris Thompson** | | Date | | | Date |
| | Debtor | | | | |
| Attorney with permission to sign on Debtor's behalf | | Date | | | |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                                                              Best Case Bankruptcy