UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re: Robert Norris Thompson             Case No. 20-18345-AJC
                                          Chapter 7

_____Debtor_____/

## OBJECTION TO CLAIM

**IMPORTANT NOTICE TO CREDITOR:
THIS IS AN OBJECTION TO YOUR CLAIM**

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service of this objection, explaining why your claim should be allowed as presently filed, and you must serve a copy to the undersigned attorney OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

**If your entire claim is objected to and this is a chapter 11 case, you will <u>not</u> have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

**The written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the Debtor object(s) to the following claim filed in this case *:

| Claim No. | Name of Claimant | Amount of Claim |
|---|---|---|
| 2 | Gary & Nora Thompson | $51,900 |

Basis for Obj. & Recommended Disp.

Claim demands more than allowed under the note and mortgage. Claim improperly includes default interest rate. Debtor is entitled to set-off for misrepresentation and fraud by Creditors related to reparis made at the property. Mortgage matures during the life of the plan and may be modified.

## ATTORNEY CERTIFICATION

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of this Objection was served via Notices of Electronic Filing on September 4, 2020, generated by the CM/ECF and served as follows:

Christian J. Olson, Esq. on behalf of Creditor Gary & Nora Thompson
ecf@nowackolson.com, mjnmyecfmail@gmail.com;olsoncr53443@notify.bestcase.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Respectfully submitted,

LEGAL SERVICES OF GREATER OF MIAMI, INC.

By  /s/ Jeffrey M. Hearne
Jeffrey M. Hearne
Florida Bar No. 512060
Attorney for Debtor
4343 West Flagler Street, Suite #100
Miami, FL 33134
Phone and Facsimile: (305) 438-2403
Email: Jhearne@legalservicesmiami.org
Alt: SFreire@legalservicesmiami.org