# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

CASE NO.:  **20-18345-BKC-AJC**
PROCEEDING UNDER CHAPTER 13

IN RE:

ROBERT NORRIS THOMPSON

DEBTOR_____/

### NOTICE OF DELINQUENCY

    **PLEASE TAKE NOTICE** the above-referenced Debtor is delinquent in Confirmed Chapter 13 Plan Payments in the amount of **$1589.38**.

    The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**, in the form of a money order or cashier's check only. Payments must be sent to:

        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 2099
        MEMPHIS, TN  38101-2099

    If the Chapter 13 Trustee ("Trustee") does not receive all payments by **November 4, 2022** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

    As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

    **I HEREBY CERTIFY** that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail and/or CM/ECF, upon the parties listed on the attached service list this 20th day of September 2022.

        */s/ Nancy K. Neidich*
        NANCY K. NEIDICH, ESQUIRE
        STANDING CHAPTER 13 TRUSTEE
        P.O. BOX 279806
        MIRAMAR, FL  33027-9806

NOTICE OF DELINQUENCY
CASE NO.: 20-18345-BKC-AJC

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
ROBERT NORRIS THOMPSON
2491 NW 96TH STREET
MIAMI, FL  33147

**ATTORNEY FOR DEBTOR**
JEFFREY HEARNE, ESQ
LEGAL SERV OF GREATER MIAMI
4343 W FLAGLER STREET
SUITE 100
MIAMI, FL  33134